**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| LINDBERGH AND SHINE LLC, | Case No. 2:17-cv-03082-APG-PAL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |
| PWT GROUP A/S, et al., | |
| Defendants. | |

Plaintiff Lindbergh and Shine LLC brings suit in this court on the basis of diversity jurisdiction. ECF No. 1.  However, Lindbergh and Shine does not identify the citizenship of its members or the members of defendants PWT Group A/S and ASOS.com Limited. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").  The complaint describes PWT Group as a "public limited company or joint stock company," and defendant ASOS.com Limited as "a limited company organized under the laws of England with its principal place of business in England." ECF No. 1 at 2.  It is unclear from these descriptions whether these entities are corporations, limited liability companies, partnerships, or some other forms of entity.  As the party seeking to invoke this court's jurisdiction, plaintiff Lindbergh and Shine bears the burden of establishing jurisdiction exists. *See Naffe v. Frey*, 789 F.3d 1030, 1040 (9th Cir. 2015).

IT IS THEREFORE ORDERED that on or before January 12, 2018, plaintiff Lindbergh and Shine LLC shall show cause in writing why this action should not be dismissed for lack of subject matter jurisdiction.  If Lindbergh and Shine does not file a response to this Order by that date, the case will be dismissed.

DATED this 21st day of December, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE