# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LINDBERGH AND SHINE LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PWT GROUP A/S, et al.,<br><br>　　　　Defendants. | Case No. 2:17-cv-03082-APG-PAL<br><br>**ORDER DEEMING ORDER TO SHOW CAUSE SATISFIED** |

In light of plaintiff Lindbergh and Shine, LLC's response to the order to show cause (ECF No. 6),

IT IS ORDERED that the order to show cause (ECF No. 5) is deemed satisfied. I will not dismiss this case for lack of subject matter jurisdiction at this time. However, it remains the plaintiff's obligation to establish that subject matter jurisdiction exists.

DATED this 9th day of January, 2018.

　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE