Constance L. Akridge, Esq.
Nevada Bar No. 3353
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
Email: clakridge@hollandhart.com
        smschwartz@hollandhart.com

*Attorneys for Ole Koch Hansen (named as Ole Koch)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDBERGH AND SHINE LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PWT GROUP A/S, a Denmark entity; OLE KOCH, an individual; and ASOS.COM LIMITED, a United Kingdom entity,<br><br>Defendants. | Case No.:  2:17-cv-3082-APG-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT OLE KOCH TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

## STIPULATION

Defendant Ole Koch Hansen, named as Ole Koch ("Defendant" or "Koch") and Plaintiff Lindbergh and Shine LLC ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to **June 15, 2018** for Defendant to answer or otherwise respond to Plaintiff's Complaint.

///

///

///

11017651_1

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

This stipulation is submitted in good faith and is not for the purpose of delay.

DATED this 30th day of May, 2018.                    DATED this 30th day of May, 2018.

By: ___/s/ J.D. Lowry_____                        By: ___/s/ Susan M. Schwartz_____
    Steven A. Gibson, Esq.                                Constance L. Akridge, Esq.
    Jodi Donetta Lowry, Esq.                              Susan M. Schwartz, Esq.
    Gibson Lowry LLP                                      HOLLAND & HART LLP
    7495 West Azure Drive, Suite 233                      9555 Hillwood Drive, 2nd Floor
    Las Vegas, Nevada 89130                               Las Vegas, NV 89134

    *Attorneys for Lindbergh and*                         *Attorneys for Ole Koch Hansen*
    *Shine LLC*                                           *(incorrectly named as Ole Koch)*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT or MAGISTRATE
JUDGE

Dated: _____

**HOLLAND & HART** LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

11017651_1