STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@gibsonlowry.com
JODI DONETTA LOWRY, ESQ.
Nevada Bar No. 7798
jlowry@gibsonlowry.com

GIBSON LOWRY LLP
7495 West Azure Drive, Suite 233
Las Vegas, Nevada 89130
Telephone 702.541.7888
Facsimile 702.541.7899

*Attorneys for Plaintiff Lindbergh and Shine LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDBERGH AND SHINE LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PWT GROUP A/S, a Denmark entity; OLE KOCH, an individual; and ASOS.COM LIMITED, a United Kingdom entity,<br><br>Defendants. | Case No.:  2:17-cv-3082-APG-PAL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lindbergh and Shine LLC ("Plaintiff" or "Lindbergh"), by and through its counsel, Gibson Lowry LLP, voluntarily dismisses its claims against PWT Group A/S, Ole Koch, and ASOS.com Limited (together "Defendants") with prejudice.

1

This notice of Dismissal is being filed with the Court before Defendants have served either an answer or motion for summary judgment.

Respectfully submitted this 1st day of June, 2018.

GIBSON LOWRY LLP

By /s/ Steven A. Gibson
STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@gibsonlowry.com
JODI DONETTA LOWRY, ESQ.
Nevada Bar No. 7798
jlowry@gibsonlowry.com
7495 West Azure Drive, Suite 233
Las Vegas, Nevada 89130
(702) 541-7888 Telephone
(702) 541-7899 Facsimile
*Attorneys for Plaintiff Lindbergh and Shine LLC*

# CERTIFICATE OF SERVICE

Pursuant to Local Rule 5 of this Court, I certify that I am an employee of GIBSON LOWRY LLP and that on June 1, 2018, I caused a correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** to be served via CM/ECF to:

Constance L. Akridge, Esq.
clakridge@hollandhart.com
Susan M. Shwartz, Esq.
smschwartz@hollandhart.com
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Defendant Ole Koch Hansen (named as Ole Koch)*

/s/ Raisha Y. Gibson
An employee of GIBSON LOWRY LLP